ABE H. MERLIS, Respondent, v. UNIVERSAL INSURANCE COMPANY, Appellant.— Action to recover on a policy of insurance. The assured sustained a loss by theft from his delivery truck. The insurer refused to pay the amount of the loss on the ground that the loss was not covered by the policy. The appeal is by permission of this court from an order of the Appellate Term which affirmed a judgment of the Municipal Court, entered on the verdict of a jury, in favor of plaintiff. Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent, v. RUBEL CORPORATION, Formerly Known as RUBEL COAL AND ICE CORPORATION, Appellant. — In an action brought to recover interest payable under a bond secured by a mortgage, and taxes paid on the mortgaged premises by the mortgagee, order granting plaintiff's motion for summary judgment and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN AHR, Appellant. — Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond], convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN P. BEIRNE, Appellant.— Judgment of the County Court of Nassau county convicting defendant of the crime of grand larceny in the second degree, in that he took an automobile without the consent of the owner, in violation of section 1293-a of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.